UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE LONG ISLAND RAIL ROAD COMPANY,

                      Plaintiff,

     -against-

BROTHERHOOD OF LOCOMOTIVE ENGINEERS
& TRAINMEN, ROBERT M. EVERS, Individually and
as General Chairman, GARY T. LOCKEL, Individually and
as First Vice Chairman, MICHAEL J. QUINN,
Individually and as Second Vice Chairman, ROBERT L.
WILLIS, Individually and as Committeeman, JAMES R.
BROWN, Individually ans as Auxiliary Committeeman,
DOUGLAS A. WILCOX, Individually and as President,
Div. 269, SCOTT DECKER, Individually and as Vice
President, Div. 279, JOHN S. BOVE, Individually and as
Secretary/Treasurer, Div. 269, and JOHN DOES 1-440,
Being the Members of the BROTHERHOOD OF
LOCOMOTIVE ENGINEERS & TRAINMEN,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0446 (ARR)

       An Amended Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 5, 2005, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 7, 2005; granting plaintiff's motion for a preliminary injunction; and denying defendants' cross-motion for a preliminary injunction; and finding that the dispute is minor and subject to binding arbitration; it is

JUDGMENT
05-CV- 0446 (ARR)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that plaintiff's motion for a preliminary injunction is granted; and that defendants' cross-motion for a preliminary injunction is denied; and that the dispute is minor and subject to binding arbitration.

Dated: Brooklyn, New York
      February 13, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court